(Argued May 21, 1935; decided June 4, 1935.)

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for appellant.

*Evan Hollister* for respondent.

Order affirmed, with costs against the State Industrial Board. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.